Appeals for Franklin County. Upon consideration of the application for dismissal by appellant, Hills Department Stores,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted. The appeal of the Industrial Commission of Ohio remains pending.

**00–2276.  State ex rel. AK Steel Corp. v. Pub. Util. Comm.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be,. and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**00–2306.  State ex rel. AK Steel Corp. v. Pub. Util. Comm.**

In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MISCELLANEOUS DOCKET

**In re Daries Sherrills.**

On November 12, 1996, we ordered that the Clerk of this court shall not accept for filing any additional, original actions from Daries Sherrills, unless accompanied by the docket fee and security deposit required by S.Ct.Prac.R. XV. *Sherrills v. Fuerst* (1996), 77 Ohio St.3d 1437, 671 N.E.2d 1021.

Based on Sherrills's continued, prolonged pattern of filing repetitious, frivolous appeals in this court and abusing his *in forma pauperis* status in this court,

IT IS HEREBY ORDERED by the court that the Clerk of this court shall also not accept for filing any further appeals in this court without Sherrills's prepaying the fee required by S.Ct.Prac.R. XV, except for direct or delayed appeals from criminal convictions and sentences. Cf., generally, *Martin v. Dist. of Columbia Court of Appeals* (1992), 506 U.S. 1, 113 S.Ct. 397, 121 L.Ed.2d 305; *Demos v. Storrie* (1993), 507 U.S. 290, 113 S.Ct. 1231, 122 L.Ed.2d 636; *In re Guess* (1996), 75 Ohio St.3d 1515, 665 N.E.2d 684. Courts of appeals and trial courts may take similar action to prevent further frivolous filings by Sherrills.

*Thursday, January 25, 2001*

## RECONSIDERATION DOCKET

**00–1947.  State v. Feathers.**

Summit App. No. 19837. Reported at 90 Ohio St.3d 1483, 738 N.E.2d 1255.

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

## DISCIPLINARY DOCKET

**96–985.  Disciplinary Counsel v. Mazer.**

This matter is pending before the court upon the filing by respondent of an application for termination of probation on June 14, 2000, and motion to consider termination of probation on December 6, 2000. Upon consideration thereof,

IT IS HEREBY ORDERED that respondent's motion be and hereby is granted to the extent that relator, Disciplinary Counsel, is ordered to show cause why he will not verify respondent's compliance with the terms of probation.

**98–2657.  Dayton Bar Assn. v. Baker.**

IT IS ORDERED by this court, *sua sponte,* that Jeffery Paul Baker, Attorney Registration No.